| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:13 - MJ -0263 DAD |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA ANTHONY BOND | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

(X) Ad Prosequendum                    () Ad Testificandum

Name of Detainee:        JOSHUA ANTHONY BOND
Detained at (custodian):    GLEN COUNTY JAIL

Detainee is:        a.)    (X) charged in this district by:  ( ) Indictment   ( ) Information  (X) Complaint
                           charging detainee with: Drug Trafficking
          or    b.)    ( )  a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    () return to the custody of detaining facility upon termination of proceedings
          or    b.)    (X)   be retained in federal custody until final disposition of federal charges, as a
                         sentence is currently being served at the detaining facility

*Appearance is necessary* **SEPTEMBER 4, 2013** *in the Eastern District of California.*

Signature:              /s/ Michelle Rodriguez
Printed Name & Phone No:    Michelle Rodriguez (916) 554-2773
Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum                    () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *September 4, 2013 ,* before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:  August 29, 2013.

United States Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):        _____            Gender: Male
Booking or CDC #:            _____            DOB:   10/06/1988
Facility Address:            141 S. Lassen Street        Race:
                         Willows, CA 9598        FBI #:

Facility Phone:
Currently Incarcerated For:      Drug Trafficking

## RETURN OF SERVICE

Executed on      _____        By: _____
                                              (Signature)