| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:13 - MJ -0263 DAD |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA ANTHONY BOND | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum         () Ad Testificandum

Name of Detainee:          JOSHUA ANTHONY BOND
Detained at (custodian):   GLEN COUNTY JAIL

Detainee is:  a.)  (X) charged in this district by:  ( ) Indictment  ( ) Information  (X) Complaint
                       charging detainee with: Drug Trafficking
       or     b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)  ( ) return to the custody of detaining facility upon termination of proceedings
       or      b.)  (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **SEPTEMBER 4, 2013** *in the Eastern District of California.*

Signature:                 /s/ Michelle Rodriguez
Printed Name & Phone No:   Michelle Rodriguez (916) 554-2773
Attorney of Record for:    United States of America

## AMENDED WRIT OF HABEAS CORPUS
(X) Ad Prosequendum         () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *September 4, 2013*, before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and be retained in federal custody until final disposition of federal charges.

Date:  August 29, 2013.

_____
United States Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): _____          Gender: Male
Booking or CDC #: _____                  DOB: 10/06/1988
Facility Address:  141 S. Lassen Street     Race:
                   Willows, CA 9598         FBI #:
Facility Phone:
Currently Incarcerated For:   Drug Trafficking

## RETURN OF SERVICE

Executed on_____   By: _____
                                        (Signature)