| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| | JOSHUA ANTHONY BOND |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 13-mj-263 DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR PRELIMINARY |
| v. | ) | HEARING AND EXCLUDE TIME |
| | ) | |
| JOSHUA ANTHONY BOND, | ) | |
| | ) | DATE:    January 7, 2014 |
| Defendants. | ) | TIME:    2:00pm |
| | ) | JUDGE:   Hon. Dale A. Drozd |
| | ) | |

    Plaintiff, United States of America, by and through Assistant United States Attorney, MICHELLE RODRIGUEZ, and Defendant, JOSHUA ANTHONY BOND, individually and his counsel of record, BENJAMIN GALLOWAY, Assistant Federal Defender, hereby stipulate to continue the Preliminary Hearing set for November 8, 2013 to January 7, 2014, at 2:00 p.m.

    The parties agree that the time beginning from the date of this stipulation extending through January 7, 2014, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until January 7, 2014, Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). In particular, the time is required so that the parties can conduct investigation and discuss a proposed disposition. The defendant consents to this continuance.

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed.R.Crim.P. 5.1(d).

Dated: October 31, 2013                          Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Public Defender

                                              */s/ Benjamin Galloway*
                                              BENJAMIN GALLOWAY
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JOSHUA ANTHONY BOND

Dated: October 31, 2013                          BENJAMIN WAGNER
                                              United States Attorney

                                              */s/ Michelle Rodriguez*
                                              MICHELLE RODRIQUEZ
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

## **ORDER**

The Court has read and considered the Stipulation for the Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public's interest in the prompt disposition of criminal cases.

/////

/////

THEREFOR, FOR GOOD CAUSE SHOWN:

1. The date of the Preliminary Hearing is extended to January 7, 2014, at 2:00 p.m.

2. This time between November 8, 2013 and January 7, 2014 shall be excluded from the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

3. The defendant shall appear on January 7, 2014 before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  November 1, 2013

Dad1.crim
13mj0263.Bond.stipo

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

*United States v. Bond*
Stipulation and Order

-3-